# EXHIBIT 25



April 6, 2017

Mr. Eric Juhlin, Chief Executive Officer
Center for Excellence in Higher Education
4021 South 700 East, Suite 400
Salt Lake City, Utah  84107

Certified Mail
Return Receipt Requested
7012 1640 0000 0217 3125

RE: Request for Additional Information
    OPE ID:  00367400 Stevens Henager College
             03120300 College America Flagstaff

Dear Mr. Juhlin:

The Chicago/Denver School Participation Division (SPD) is reviewing the fiscal year ending 12/31/2015 and 12/31/2014 audited financial statements submitted by Center for Excellence in Higher Education (CEHE) for the above named schools.  These statements reported 90/10 ratios for both of the schools that are close to the 90% ratio of Title IV funding to total funding;  we are requesting additional information to evaluate those reported calculations.  The two schools and their reported ratios are:  CollegeAmerica Flagstaff (Flagstaff) (89.92% in FYE 2015 and 89.09% in FYE 2014) and Stevens Henager College (Henager) (89.69% in FYE 2014).

In accordance with 34 C.F.R. § 668.23(e), the Secretary may request the submission of additional documentation deemed necessary to make a determination regarding an institution's financial responsibility.  Please provide the following information covering the period of January 1, 2014 December 31, 2014 for both Flagstaff and Henager; and January 1, 2015 - December 31, 2015 for Flagstaff:

- Copies of the monthly statements for all institutional bank accounts used in administering Title IV funds (this may be provided via email if the monthly statements are provided in that format to the institutions),
- The complete auditor's work papers related to the 90/10 attestations for both years, including any audit correspondence about this issue and all responsive auditor notes or memorandums,
- Identification and description of the documentary support for all sources of non-Title IV revenue in the 90/10 calculation for both years.

As we progress in our resolution processes, we may ask for additional information to include student ledger account detail and other documentation as may be needed.



Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION
Federal Student Aid, Chicago/Denver School Participation Division
1244 Speer Boulevard, Suite 201, Denver, Colorado 80204-3518
StudentAid.gov

Exhibit 25 - 001

Center for Excellence in Higher Education
Page 2 of 2

The documentation specified above should be sent to the following address:

> U.S. Department of Education
> Chicago/Denver School Participation Division
> 1244 Speer Boulevard, Suite 201
> Denver, Colorado 80204-3518
> ATTN: Marion Peak, Financial Analyst
>
> E-mail address: marion.peak@ed.gov
> Fax Number: (303) 844-4695

The documentation is due no later than the close of business on May 5, 2017. If the institutions fail to provide the information requested, the Department in the absence of the institutions providing this information will conclude that the financial responsibility standards have not been met. As a result, CollegeAmerica Flagstaff and Stevens Henager College may be referred to the Administrative Actions and Appeals Service Group for administrative action. If you have any questions concerning this matter, please contact Marion Peak at (303) 844-3320.

Sincerely,

*[signature]*

Earl Flurkey
Compliance Manager
Chicago/Denver School Participation Division

cc: Justin R. Shaw, CPA