_____

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION
_____

| | |
|---|---|
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION, | Case No. 2:16-CV00911-CW |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO RESTRICT PORTIONS OF THE ADMINISTRATIVE RECORD** |
| vs. | |
| BETSY DeVOS, *et al.*, | Honorable Clark Waddoups |
| Defendants. | Magistrate Judge Dustin Pead |

_____

The Court, having considered the parties' Joint Motion to Restrict the Administrative Record, and finding good cause therefore, hereby orders that the Administrative Record will be accepted under seal with access limited to the parties and the Court.

SO ORDERED.

Dated: this 2nd day of August, 2017.

_____
Dustin B. Pead
U.S. Magistrate Judge