IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>BETSY DeVOS, *et al.*,<br><br>    Defendants. | **ORDER GRANTING THE PARTIES' STIPULATED MOTION TO STAY PROCEEDINGS.**<br><br>Case No. 2:16-cv-00911-CW<br><br>Judge Clark Waddoups |

    Upon consideration of the parties' Joint Motion to Stay Proceedings, and for good cause appearing, it is hereby

    ORDERED that the Joint Motion to Stay Proceedings (ECF No. 73) is granted. All scheduled hearings and deadlines are hereby stayed. If the parties do not reach a resolution of this matter, the parties will alert the Court within ten days following the conclusion of any discussions about potential administrative resolutions and will thereafter submit a proposed motion to schedule a hearing on Plaintiff's pending motions (*see* ECF Nos. 55, 57, 65). Further, the parties shall provide the court with a report notifying the court of the status of the case on or before **April 20, 2018**.

    Dated this 19th day of January, 2018.

_____
Clark Waddoups
United States District Judge