Alan L. Sullivan (3152)
Paul W. Shakespear (14113)
Snell & Wilmer LLP
15 W. South Temple, Ste. 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Email:  asullivan@swlaw.com
           pwshakespear@swlaw.com

Steven M. Gombos (Admitted pro hac vice)
Gerald M. Ritzert (Admitted pro hac vice)
RITZERT & LEYTON, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
Telephone:  (703) 934-2660
Email:  sgombos@ritzert-leyton.com
           gritzert@ritzert-leyton.com

Attorneys for Plaintiff Center for Excellence in Higher Education

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION,<br><br>        Plaintiff,<br><br>vs.<br><br>BETSY DeVOS, *et al.*,<br><br>        Defendants. | **JOINT STATUS REPORT**<br><br>Case No. 2:16-cv-00911-CW<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to the Court's January 19, 2018 order (ECF 75), the parties submit this joint status report advising the Court of the status of the parties' efforts to resolve the disputes leading to the current litigation.

1.     On January 19, 2018, the Center for Excellence in Higher Education (CEHE) and the Department of Education filed a stipulated joint motion to stay proceedings to allow the parties to continue discussions related to a resolution of this

action. (ECF 73). The Court granted the parties' motion that same day and ordered the parties to file a status report by April 20, 2018. (ECF 75).

2.     Shortly thereafter, on January 31, 2018, the Court dismissed without prejudice several pending motions CEHE filed before requesting the granted stay. (*See* ECF #s 55, 57, & 65). The order gives CEHE leave to re-file those motions if the parties fail to reach a resolution and the stay is lifted. (ECF 77).

3.     Since entry of the Court's stay order, the parties have continued to evaluate whether this matter may be resolved without the need for further litigation. Based upon the parties' past discussions, CEHE provided the Department of Education with a written position statement, which the Department of Education is now in the process of reviewing.  The parties respectfully request a short continuation of the current stay to continue this process and determine whether there is a path forward.

4.     Accordingly, the parties jointly request that the Court continue the stay and allow the parties to file a new status report in 30 days to advise the Court of the status of the case.

Dated this April 20, 2018:

Respectfully submitted,

RITZERT & LEYTON, P.C.

    /s/ Steven M. Gombos
Counsel for Plaintiff Center for Excellence in Higher Education, Inc.

United States Department of Justice

  /s/ Daniel Halainen
Daniel Halainen
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 616-8101
Facsimile: (202) 616-8470
E-mail: daniel.j.halainen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2018, I have or will have caused the foregoing document to be filed electronically through the CM/ECF system, which I understand will cause the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Daniel J. Halainen
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8101
Facsimile: (202) 616-8470
Daniel.J.Halainen@usdoj.gov

Jared C. Bennet
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Jared.bennett@usdoj.gov

*Counsel for Defendants*

RITZERT & LEYTON, P.C.

      /s/ Steven M. Gombos
Counsel for Plaintiff Center for
Excellence in Higher Education, Inc.