JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Jared.Bennett@usdoj.gov

MARCIA BERMAN
DANIEL HALAINEN (MA Bar No. 694582)
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone: (202) 616-8101
daniel.j.halainen@usdoj.gov

Attorneys for Defendants

___

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

___

| | |
|---|---|
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION, | Case No. 2:16-CV00911-CW |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | Honorable Clark Waddoups |
| BETSY DeVOS, *et al.*, | Magistrate Judge Dustin B. Pead |
| Defendants. | |

___

Pursuant to the Court's April 23, 2018 order (ECF 79), the parties submit this joint status report advising the Court of the status of the parties' efforts to resolve the disputes leading to the current litigation.

    1.    On January 19, 2018, the Center for Excellence in Higher Education (CEHE) and the Department of Education filed a stipulated joint motion to stay proceedings (ECF 73) to allow the parties to continue discussions related to a resolution of this action. The Court granted

the parties' motion that same day (ECF 75) and ordered the parties to file a status report by April 20, 2018.

2. On April 20, 2018, the parties jointly submitted a status report (ECF 78) advising the Court that the parties have continued to evaluate whether this matter may be resolved without the need for further litigation and requesting a short continuation of the stay for 30 days. The Court then ordered (ECF 79) that the stay remain in place for another 30 days pursuant to the parties' request.

3. Since entry of the Court's order, the parties have continued their efforts to resolve this matter without the need for further litigation. The parties believe that the prospects for resolution of this matter without further litigation are significant enough to merit a further continuation of the stay. In light of these prospects for further progress and in the interest of judicial economy, there is good cause to continue the stay and provide the parties sufficient time to continue the ongoing process.

4. Accordingly, the parties jointly request that the Court continue the stay and allow the parties to file a new status report in 30 days to advise the Court of the status of the case.

Dated: May 23, 2018

Respectfully submitted,

RITZERT & LEYTON, P.C.

/s/ Steven M. Gombos

Counsel for Plaintiff Center for Excellence in Higher Education, Inc.

/s/ Daniel Halainen

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

DANIEL HALAINEN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 616-8101
Facsimile: (202) 616-8470
E-mail: daniel.j.halainen@usdoj.gov

*Counsel for Defendants*