MARCIA BERMAN
DANIEL HALAINEN (MA Bar No. 694582)
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530
Telephone: (202) 616-8101
daniel.j.halainen@usdoj.gov

Attorneys for Defendants

_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**
_____

| | |
|---|---|
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION, | Case No. 2:16-CV00911-CW |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | Honorable Clark Waddoups |
| BETSY DeVOS, *et al.*, | Magistrate Judge Dustin B. Pead |
| Defendants. | |

_____

Pursuant to the parties' June 22, 2018 joint status report (ECF 81), the parties submit this joint status report advising the Court of the status of the parties' efforts to resolve the disputes leading to the current litigation.

1.  On January 19, 2018, the Center for Excellence in Higher Education (CEHE) and the Department of Education filed a stipulated joint motion to stay proceedings to allow the parties to continue discussions related to a resolution of this action. (ECF 73). The Court granted the parties' motion that same day and ordered the parties to file a status report by April 20, 2018. (ECF 75).

2.  On April 20, May 23, and June 22, 2018, the parties jointly submitted status reports (ECF 78, 80, 81) advising the court that significant efforts to resolve this matter without litigation

were continuing.  Accordingly, the parties sought a continuance of the stay.  In their June 22, 2018 status report, the parties sought a 60-day continuance of the stay.

3. Since the parties' June 22 status report, the parties have continued to evaluate prospects for resolution of this litigation, and the parties have taken significant steps toward possible resolution of the litigation and a conclusion of their discussions.  In light of these prospects for progress and in the interest of judicial economy, there is good cause to continue the stay and provide the parties sufficient time to continue the ongoing process.

4. Accordingly, the parties jointly request that the Court continue the stay and allow the parties to file a new status report in 60 days to advise the Court of the status of the case.

Dated:  August 21, 2018                    Respectfully submitted,

RITZERT & LEYTON, P.C.

    /s/ Steven M. Gombos

Counsel for Plaintiff Center for Excellence in Higher Education, Inc.

    /s/ Daniel Halainen

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

DANIEL HALAINEN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Telephone: (202) 616-8101
Facsimile: (202) 616-8470
E-mail: daniel.j.halainen@usdoj.gov

*Counsel for Defendants*