MARCIA BERMAN
DANIEL HALAINEN (MA Bar No. 694582)
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC  20530
Telephone:  (202) 616-8101
daniel.j.halainen@usdoj.gov

Attorneys for Defendants

_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION, | Case No. 2:16-CV00911-CW |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | Honorable Clark Waddoups |
| BETSY DeVOS, *et al.*, | Magistrate Judge Dustin B. Pead |
| Defendants. | |

_____

Pursuant to the parties' August 21, 2018 joint status report (ECF 82), the parties submit this joint status report advising the Court of the status of the parties' efforts to resolve the disputes leading to the current litigation.

1.      On January 19, 2018, the Center for Excellence in Higher Education (CEHE) and the Department of Education filed a stipulated joint motion to stay proceedings to allow the parties to continue discussions related to a resolution of this action.  (ECF 73).  The Court granted the parties' motion and ordered the parties to file a status report by April 20, 2018.  (ECF 75).

2.      On April 20, May 23, June 22, and August 21, 2018, the parties jointly submitted status reports (ECF 78, 80, 81, 82) advising the court that significant efforts to resolve this matter

without litigation were continuing.  Accordingly, the parties sought a continuance of the stay.  In their August 21, 2018 status report, the parties sought a 60-day continuance of the stay.

3.     Since the parties' August 21 status report, the parties have continued to evaluate prospects for resolution of this litigation, and the parties have taken significant steps toward possible resolution of the litigation and a conclusion of their discussions.  In light of these prospects for progress and in the interest of judicial economy, there is good cause to continue the stay and provide the parties sufficient time to continue the ongoing process, with the expectation that the parties may be able to conclude these discussions within 30 days from this status report.

4.     Accordingly, the parties jointly request that the Court continue the stay and allow the parties to file a new status report in 30 days to advise the Court of the status of the case.


Dated:  October 22, 2018                          Respectfully submitted,

                                                  GOMBOS LEYTON, P.C.

                                                     /s/ Steven M. Gombos        _

                                                  Counsel for Plaintiff Center for Excellence in
                                                  Higher Education, Inc.

                                                    /s/ Daniel Halainen

                                                  JOSEPH H. HUNT
                                                  Assistant Attorney General

                                                  MARCIA BERMAN
                                                  Assistant Branch Director

                                                  DANIEL HALAINEN
                                                  Trial Attorney
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street NW
                                                  Washington, D.C. 20530
                                                  Telephone: (202) 616-8101
                                                  Facsimile: (202) 616-8470
                                                  E-mail: daniel.j.halainen@usdoj.gov

*Counsel for Defendants*