MARCIA BERMAN
DANIEL HALAINEN (MA Bar No. 694582)
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, DC  20530
Telephone:  (202) 616-8101
daniel.j.halainen@usdoj.gov

Attorneys for Defendants

_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| CENTER FOR EXCELLENCE IN HIGHER EDUCATION, | Case No. 2:16-CV00911-CW |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| vs. | |
| BETSY DeVOS, *et al.*, | Honorable Clark Waddoups |
| Defendants. | Magistrate Judge Dustin B. Pead |

_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.


Dated:  December 19, 2018          Respectfully submitted,

                                   GOMBOS LEYTON, P.C.

                                      /s/ Steven M. Gombos     _

                                   Counsel for Plaintiff Center for Excellence in
                                   Higher Education, Inc.

                                     */s/ Daniel Halainen*

                                   JOSEPH H. HUNT
                                   Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

DANIEL HALAINEN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Telephone: (202) 616-8101
Facsimile: (202) 616-8470
E-mail: daniel.j.halainen@usdoj.gov

*Counsel for Defendants*